No. 89–1183. TRUMPOLD ET UX. *v.* BESCH ET AL. App. Ct. Conn. Certiorari denied.

No. 89–1184. LACKE ET AL. *v.* GRAY, FKA LENGYEL. C. A. 7th Cir. Certiorari denied.

No. 89–1185. PUERTO RICO AQUEDUCT AND SEWER AUTHORITY ET AL. *v.* COMITE PRO RESCATE DE LA SALUD ET AL. C. A. 1st Cir. Certiorari denied.

No. 89–1187. BANFF, LTD., FKA SWEATER BEE BY BANFF, LTD. *v.* SALANT CORP., SUCCESSOR IN INTEREST TO BOTH MANHATTAN INDUSTRIES, INC., AND BAYARD SHIRT CORP. C. A. 2d Cir. Certiorari denied.

No. 89–1188. KELLY *v.* GILL, STATE ATTORNEY, FIFTH JUDICIAL CIRCUIT OF FLORIDA, ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 89–1190. AMAZING STORES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 89–1196. PACYNA *v.* GREENLEY ET AL. Sup. Ct. N. Y., Erie County. Certiorari denied.

No. 89–1199. STICH *v.* UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (ROBERTSON ET AL., REAL PARTIES IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 89–1200. DOHR, PERSONAL REPRESENTATIVE OF THE ESTATE OF DOHR *v.* PROVENCAL ET AL. Ct. App. Mich. Certiorari denied.

No. 89–1202. FOLSTAD ET AL. *v.* ILLINOIS STATE BOARD OF INVESTMENT ET AL. C. A. 7th Cir. Certiorari denied.

No. 89–1204. UNITED STATES DEPARTMENT OF DEFENSE *v.* NATIONAL SECURITY ARCHIVE. C. A. D. C. Cir. Certiorari denied.

No. 89–1205. CALVERT *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.